## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Patrick, Jennifer D

Printed: 11/11/08

Case Number:  07 B 12351
Judge:  Wedoff, Eugene R
Filed:  7/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  September 25, 2008
Confirmed:  August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,090.78 |  |
| Secured: |  | 1,914.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,450.37 |
| Administrative: |  | 3,324.00 |
| Trustee Fee: |  | 402.00 |
| Other Funds: |  | 0.00 |
| Totals: | 7,090.78 | 7,090.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 3,324.00 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 10,892.99 | 1,126.28 |
| 3. | Wells Fargo Financial Illinois Inc | Secured | 3,792.41 | 788.13 |
| 4. | Internal Revenue Service | Priority | 2,577.85 | 1,450.37 |
| 5. | Wells Fargo Financial Illinois Inc | Unsecured | 37.87 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 372.95 | 0.00 |
| 7. | CitiFinancial Auto Credit Inc | Unsecured | 427.37 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 36.26 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 397.82 | 0.00 |
| 10. | Nicor Gas | Unsecured | 4,172.98 | 0.00 |
| 11. | DT Credit Co | Unsecured | 9,481.15 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 355.17 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 565.13 | 0.00 |
| 14. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | City of Calumet City | Unsecured | | No Claim Filed |
| 19. | Cash Supply | Unsecured | | No Claim Filed |
| 20. | Loan Shop | Unsecured | | No Claim Filed |
| 21. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 22. | Senex Services Corp | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Northway Loan | Unsecured | | No Claim Filed |
| 25. | Jeffcapsys | Unsecured | | No Claim Filed |
| 26. | Palisades Collection LLC | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patrick, Jennifer D

Printed: 11/11/08

Case Number:  07 B 12351

Judge:  Wedoff, Eugene R

Filed:  7/11/07

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 36,433.95 | $ 6,688.78 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 289.12 |
| 6.5% | 112.88 |
| | $ 402.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

